**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Myran Johnson,<br><br>       Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>       Respondents. | No. CV-18-00889-PHX-DWL<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

**IT IS HEREBY ORDERED** adopting the parties' proposed briefing schedule (Doc. 35) as follows:

1. Johnson shall file his reply to Respondents' answer no later than **July 11, 2019**;

2. Any Notice of a Request for Evidentiary Development shall be filed no later than **August 26, 2019**;

3. A Response to any Notice of Request for Evidentiary Development shall be filed no later than **September 25, 2019**;

4. A Reply to any Response to a Notice of a Request for Evidentiary Development shall be filed no later than **October 10, 2019**.

Dated this 16th day of May, 2019.

_____
Dominic W. Lanza
United States District Judge