**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Myran Johnson,<br>　　　　Petitioner,<br>v.<br>David Shinn, et al.,<br>　　　　Respondents. | No. CV-18-00889-PHX-MTL<br>**ORDER**<br>DEATH PENALTY CASE |

Before the Court is Petitioner's Motion to Stay and Abey, filed pro se. (Doc. 58.)

Petitioner is represented by counsel. (*See* Doc. 6.) Counsel has exclusive authority to act on Petitioner's behalf unless and until there is an order allowing counsel to withdraw. *See* LRCiv. 83.3(c)(2) ("Whenever a party has appeared by an attorney, that party cannot thereafter appear or act in that party's own behalf in the cause, or take any steps therein, unless an order of substitution shall first have been made by the Court after notice to the attorney of each such party, and to the opposite party.").

Accordingly,

**IT IS ORDERED** striking Petitioner's pro se Motion to Stay and Abey. (Doc. 58.)

Dated this 31st day of March, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge